UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY E. SPICER,

               Plaintiff,

    v.

DR. HENRY RICHARDS,

              Defendant.

Case No.  C07-5109 FDB/KLS

ORDER TO SHOW CAUSE

       This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on Plaintiff's filing of a motion to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  (Dkt. # 1). Plaintiff is currently detained at the Washington State Department of Social and Health Services' (DSHS) Special Commitment Center (SCC), McNeil Island, Washington.  To file a complaint and initial legal proceedings, a plaintiff must file a filing fee of $350.00 or file a proper application to proceed *in forma pauperis.*

       The court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  However, the court has broad discretion in denying an application to proceed *in forma pauperis*.  *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963).

       Several district courts have ruled that denial of *in forma pauperis* status is not unreasonable when a

ORDER
Page - 1

1  prisoner is able to pay the initial expenses required to commence a lawsuit. *See Temple v. Ellerthorpe*, 586
2  F.Supp. 848 (D.R.I. 1984); *Braden v. Estelle*, 428 F.Supp. 595 (S.D.Tex. 1977); *U.S. ex rel. Irons v.*
3  *Com. of Pa.*, 407 F.Supp. 746 (M.D.Pa. 1976); *Shimabuku v. Britton*, 357 F.Supp. 825 (D.Kan. 1973),
4  *aff'd,* 503 F.2d 38 (10th Cir. 1974); *Ward v. Werner*, 61 F.R.D. 639 (M.D.Pa. 1974).

5  In his application to proceed *in forma pauperis*, Plaintiff indicates that he earns $200.00 every two
6  weeks working for DSHS at SCC and that he pays no expenses from these earnings. (*Id*. at 3). Based on
7  the income reported by Plaintiff, it would appear that Plaintiff has sufficient funds with which to pay the
8  initial $350.00 required to commence this lawsuit. However, if Plaintiff has any obligations he is required
9  to pay from his weekly DSHS earnings, those obligations would assist the court in determining his
10 eligibility for *in forma pauperis* status.

12 Accordingly, **IT IS ORDERED:**
13 (1) Plaintiff shall file an amended application **no later than April 13, 2007**, which includes all
14 payments and obligations, if any, that Plaintiff pays out of his weekly DSHS earnings.
15 (2) The Clerk is directed to send a copy of this Order to Plaintiff.

17 DATED this 14th  day of March, 2007.

Karen L. Strombom
United States Magistrate Judge