UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERRY SPICER,

    Plaintiff,

v.

DR. HENRY RICHARDS,

    Defendant.

Case No. C07-5109 FDB

ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION GRANTING SUMMARY JUDGMENT DISMISSING PLAINTIFF'S CLAIMS

    This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that Defendant's motion for summary judgment seeking dismissal of Plaintiff's remaining civil rights claims[1] be granted. Plaintiff has filed an objection to the Report and Recommendation. Plaintiff alleges that the Special Commitment Center Superintendent, Dr. Richards, violated his rights during confinement regarding (1) possession of specific property, (2) ambient noise level and temperature of meals in the resident dining hall, (3) lack of conjugal or contact visits, (4) insufficient telephone access, (5) interference with religious ministry, and (6) conditions of confinement worse than prison. As detailed by the Magistrate Judge, the ban on the specific personal property in question is reasonably related to legitimate penological interests and Plaintiff has provided no authority to the contrary. The uncontroverted evidence demonstrates that Plaintiff's rights were not violated with regard to noise levels or the temperature of food service. The prohibition of conjugal

---

[1] This Court previously granted summary judgment dismissal of Plaintiff's claims relating to the privilege level system and sexually explicit materials policy.

ORDER - 1

visits is reasonably related to legitimate penological interests and Plaintiff has provided no evidence which establishes a person in his position has a constitutional protected right to have conjugal visitation. Plaintiff has offered no evidence to support his assertion that telephone access is so inadequate as to be a unconstitutional. Plaintiff has offered no rebutting evidence that would refute Defendant's evidence regarding living conditions and that would support a finding of any unconstitutional condition of confinement. Finally, Plaintiff does not allege nor offer any evidence that he is denied the opportunity to practice his religion. The policies regarding ministry to other inmates serves a legitimate penological interest and does not violate any constitutional right of Plaintiff.

The Court, having reviewed the Amended Report and Recommendation of Magistrate Judge Karen L. Strombom, objection to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Amended Report and Recommendation;

(2) Defendant's motion for summary judgment [Dkt. # 34] is **GRANTED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 11th day of August, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2